IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-02268

VALERIE L. JONES, et al.

Plaintiffs,

v.

MAURICE HAGA, et al.

Defendants.

_____

**ORDER OF RECUSAL**
_____

      This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, which filed an Entry of Appearance for Defendants Tim Frates, Catherine Frates, Scott Schwebke, Steven Woody, and Wick Communications Corp.  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

      ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

      Dated:  December 20, 2005

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge