IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02268-PSF-CBS

VALERIE L. JONES, as an individual, as a co-owner and operator of PARK AVENUE DANCE WORKS, INC.;
JOHN L. O'HAGAN WARD, as an individual, as a co-owner and operator of PARK AVENUE DANCE WORKS, INC.;
BENNETT M. HODGINS, as an individual; and
PARK AVENUE DANCE WORKS, INC., as a corporation,

    Plaintiffs,

v.

MAURICE HAGA, as an individual;
JACQUELINE HAGA, as an individual;
MARISA HAGA, as an individual;
A.H., as an individual;
GENEVIEVE JASLOWSKI, as an individual;
RUSSELL HARVEY, as an individual;
MARGO LANGLEY, as an individual;
ALLYSON BRADLEY, as an individual;
JANYNE MARULLO, a/k/a JANYNE YEHLING, as an individual;
TIM FRATES, as an individual and in his official capacity as General Manager of the Montrose Daily Press;
CATHERINE FRATES, as an individual;
SCOTT SCHWEBKE, as an individual and in his official capacity as Senior Writer for the Montrose Daily Press;
STEVEN WOODY, as an individual and Publisher of the Montrose Daily Press;
THE MONTROSE DAILY PRESS, as a subsidiary of WICK COMMUNICATIONS CO.;
CITY OF MONTROSE and MONTROSE POLICE DEPARTMENT, as an agency of the City of Montrose;
BLAINE HALL, as an individual and in his official capacity as a police officer of the Montrose Police Department;
OURAY COUNTY SHERIFF DOMINIC MATTIVI, in his individual capacity; and
OURAY COUNTY UNDERSHERIFF MATT CARRINGTON, in his individual capacity,

    Defendants.

_____

ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE BY AND
BETWEEN PLAINTIFF BENNETT M. HODGINS AND
DEFENDANTS OURAY COUNTY SHERIFF - DOMINIC MATTIVI AND
OURAY COUNTY UNDERSHERIFF - MATT CARRINGTON
_____

The Stipulation for Dismissal with Prejudice by and between Plaintiff Bennett M. Hodgins, and Defendants Ouray County Sheriff - Dominic Mattivi, in his individual capacity, and Ouray County Undersheriff - Matt Carrington, in his individual capacity (Dkt. 98) is GRANTED.  It is

HEREBY ORDERED that Plaintiff's claims against said Defendants, whether pled or unpled, are dismissed with prejudice, with each party to pay his or their own attorney fees and costs.  It is

FURTHER ORDERED that the case caption shall be amended accordingly.

DATED: March 14, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge

2