IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02268-PSF-CBS

VALERIE L. JONES, as an individual, as a co-owner
and operator of PARK AVENUE
DANCE WORKS, INC.;
JOHN L. O'HAGAN WARD, as an individual, as a coowner
and operator of PARK AVENUE DANCE WORKS, INC.;
BENNETT M. HODGINS, as an individual; and
PARK AVENUE DANCE WORKS, INC., as a corporation,

    Plaintiffs,

v.

MAURICE HAGA, as an individual;
JACQUELINE HAGA, as an individual;
MARISA HAGA, as an individual;
A.H., as an individual;
GENEVIEVE JASLOWSKI, as an individual;
RUSSELL HARVEY, as an individual;
MARGO LANGLEY, as an individual;
ALLYSON BRADLEY, as an individual;
JANYNE MARULLO, a/k/a JANYNE YEHLING, as an individual;
TIM FRATES, as an individual and in his official capacity as
General Manager of the Montrose Daily Press;
CATHERINE FRATES, as an individual;
SCOTT SCHWEBKE, as an individual and in his official capacity as
Senior Writer for the Montrose Daily Press;
STEVEN WOODY, as an individual and Publisher of the Montrose Daily Press;
THE MONTROSE DAILY PRESS, as a subsidiary of WICK COMMUNICATIONS CO.;
CITY OF MONTROSE and MONTROSE POLICE DEPARTMENT,
as an agency of the CITY OF MONTROSE; and
BLAINE HALL, as an individual and in his official capacity as
a police officer of the Montrose Police Department;

    Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

In light of the Order entered on April 13, 2006 (*doc. no. 136*) the motion hearing set for April 19, 2006, is **VACATED**. Further,

On April 7, 2006, the court issued a minute order giving a deadline of 5:00 p.m. on April 13, 2006, for responses and/or objections to the court on the following motions:

1) Plaintiffs' Motion for Substituted Service Upon Defendant Russell Harvey (filed March 30, 2006; *doc. no. 119*); and
2) Plaintiffs' Motion for Enlargement of Time to Serve Russell Harvey With Process (filed April 6, 2006; *doc. no. 128*).

The court having not received any responses to the above motions, will construe them as unopposed and hereby **GRANTS** the relief as indicated in both of Plaintiff's requests.

**DATED:**     April 18, 2006