IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02268-PSF-CBS

VALERIE L. JONES, as an individual, as a co-owner and operator of PARK AVENUE DANCE WORKS, INC.;
JOHN I. O'HAGAN WARD, as an individual, as a co-owner and operator of PARK AVENUE DANCE WORKS, INC.;
BENNETT M. HODGINS, as an individual; and
PARK AVENUE DANCE WORKS, INC., as a corporation,

    Plaintiffs,

v.

MAURICE HAGA, as an individual;
JACQUELINE HAGA, as an individual;
MARISA HAGA, as an individual;
A.H., as an individual;
GENEVIEVE JASLOWSKI, as an individual;
RUSSELL HARVEY, as an individual;
MARGO LANGLEY, as an individual;
ALLYSON BRADLEY, as an individual;
JANYNE MARULLO, a/k/a JANYNE YEHLING, as an individual;
TIM FRATES, as an individual and in his official capacity as General Manager of the Montrose Daily Press;
CATHERINE FRATES, as an individual;
SCOTT SCHWEBKE, as an individual and in his official capacity as Senior Writer for the Montrose Daily Press;
STEVEN WOODY, as an individual and Publisher of the Montrose Daily Press;
THE MONTROSE DAILY PRESS, as a subsidiary of WICK COMMUNICATIONS CO.;
CITY OF MONTROSE and MONTROSE POLICE DEPARTMENT, as an agency of the City of Montrose;
BLAINE HALL, as an individual and in his official capacity as a police officer of the Montrose Police Department;
OURAY COUNTY SHERIFF DOMINIC MATTIVI, in his individual capacity; and
OURAY COUNTY UNDERSHERIFF MATT CARRINGTON, in his individual capacity,

    Defendants.

---

**ORDER SETTING HEARING ON PENDING MOTIONS**

---

This matter is before the Court on the following motions: Defendants Margo Langley and Allyson Bradley's Motion to Dismiss (Dkt. # 55), filed February 15, 2006; Defendants City of Montrose and Blaine Hall's Motion to Dismiss Amended Complaint (Dkt. # 70), filed February 27, 2006; Defendants Dominic Mattvi and Matt Carrington's Motion to Strike Plaintiff's Amended Complaint (Dkt. # 71), filed February 27, 2006; Defendants Montrose Daily Press, Tim Frates, Catherine Frates, Scott Schwebke and Steven Woody's Second Motion to Dismiss for Lack of Jurisdiction (Dkt. # 76), filed March 2, 2006; Defendants Montrose Daily Press, Tim Frates, Catherine Frates, Scott Schwebke and Steven Woody's Second Motion to Dismiss Party Pursuant to F.R.Civ.P. 12(b)(6) (Dkt. # 77), filed March 2, 2006; Defendants Maurice Haga, Jacqueline Haga, Marisa Haga and A.H.'s First Motion to Dismiss (Dkt. # 127), filed April 6, 2006; Plaintiffs' Motion for Default Judgment as to Defendant Genevieve Jaslowski (Dkt. # 159), filed May 30, 2006; and the filing on behalf of Defendant Genevieve Jaslowski that arguably can be construed as a motion to dismiss (Dkt. # 168), filed June 9, 2006.

It is HEREBY ORDERED that counsel for the parties and any unrepresented party shall appear on **Thursday, July 6, 2006 at 2:00 p.m.** in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado for a hearing on the above motions and for a status conference.

It is FURTHER ORDERED that the following motions are DENIED as superseded by some of the above-listed motions: Defendants Montrose Daily Press, Tim Frates, Catherine Frates, Scott Schwebke and Steven Woody's Motion to Dismiss

for Lack of Jurisdiction (Dkt. # 13), filed January 3, 2006; Defendants Montrose Daily Press, Tim Frates, Catherine Frates, Scott Schwebke and Steven Woody's Motion to Dismiss Party (Dkt. # 14), filed January 3, 2006; Defendants City of Montrose and Montrose Police Department's Motion to Dismiss (Dkt. # 39), filed January 20, 2006; and Defendants Dominic Mattvi and Matt Carrington's Motion to Dismiss (Dkt. # 48), filed January 30, 2006.

DATED: June 13, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge