IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02268-PSF-CBS

VALERIE L. JONES, as an individual, as a co-owner and operator of PARK AVENUE DANCE WORKS, INC.;
JOHN I. O'HAGAN WARD, as an individual, as a co-owner and operator of PARK AVENUE DANCE WORKS, INC.;
BENNETT M. HODGINS, as an individual; and
PARK AVENUE DANCE WORKS, INC., as a corporation,

    Plaintiffs,

v.

MAURICE HAGA, as an individual;
JACQUELINE HAGA, as an individual;
MARISA HAGA, as an individual;
A.H., as an individual;
GENEVIEVE JASLOWSKI, as an individual;
RUSSELL HARVEY, as an individual;
MARGO LANGLEY, as an individual;
ALLYSON BRADLEY, as an individual;
JANYNE MARULLO, a/k/a JANYNE YEHLING, as an individual;
TIM FRATES, as an individual and in his official capacity as General Manager of the Montrose Daily Press;
CATHERINE FRATES, as an individual;
SCOTT SCHWEBKE, as an individual and in his official capacity as Senior Writer for the Montrose Daily Press;
STEVEN WOODY, as an individual and Publisher of the Montrose Daily Press;
THE MONTROSE DAILY PRESS, as a subsidiary of WICK COMMUNICATIONS CO.;
CITY OF MONTROSE and MONTROSE POLICE DEPARTMENT, as an agency of the City of Montrose;
BLAINE HALL, as an individual and in his official capacity as a police officer of the Montrose Police Department;
OURAY COUNTY SHERIFF DOMINIC MATTIVI, in his individual capacity; and
OURAY COUNTY UNDERSHERIFF MATT CARRINGTON, in his individual capacity,

    Defendants.

**ORDER**

This case is set for a status conference and motions hearing before the Court on <u>Thursday, July 6, 2006 at 2:00 p.m.</u>  The Order setting this hearing (Dkt. # 169) stated at p.2 that counsel for parties are required to attend, as well as any **unrepresented** party.  Therefore, parties represented by counsel were not required by that order to personally attend, nor is there any rule of civil procedure or local rule of practice mandating the attendance of represented parties at a motions hearing and status conference.  Defendant Yehling's Motion to Excuse (Dkt. 177), filed June 22, 2006, which states no basis for believing said defendant's attendance was required at the hearing, is therefore GRANTED.

DATED: June 26, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge