IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02268-PSF-CBS

VALERIE L. JONES, as an individual, as a co-owner and operator of PARK AVENUE DANCE WORKS, INC.;
JOHN I. O'HAGAN WARD, as an individual, as a co-owner and operator of PARK AVENUE DANCE WORKS, INC.;
BENNETT M. HODGINS, as an individual; and
PARK AVENUE DANCE WORKS, INC., as a corporation,

    Plaintiffs,

v.

MAURICE HAGA, as an individual;
JACQUELINE HAGA, as an individual;
MARISA HAGA, as an individual;
A.H., as an individual;
GENEVIEVE JASLOWSKI, as an individual;
RUSSELL HARVEY, as an individual;
MARGO LANGLEY, as an individual;
ALLYSON BRADLEY, as an individual;
JANYNE MARULLO, a/k/a JANYNE YEHLING, as an individual;
TIM FRATES, as an individual and in his official capacity as General Manager of the Montrose Daily Press;
CATHERINE FRATES, as an individual;
SCOTT SCHWEBKE, as an individual and in his official capacity as Senior Writer for the Montrose Daily Press;
STEVEN WOODY, as an individual and Publisher of the Montrose Daily Press;
THE MONTROSE DAILY PRESS, as a subsidiary of WICK COMMUNICATIONS CO.;
CITY OF MONTROSE and MONTROSE POLICE DEPARTMENT, as an agency of the City of Montrose;
BLAINE HALL, as an individual and in his official capacity as a police officer of the Montrose Police Department,

    Defendants.
_____

**ORDER**
_____

The Substitution of Counsel (Dkt. # 211) is treated by the Court as a Motion to Withdraw under D.C.COLO.LCiv. 83.3D.   It is therefore

ORDERED that John W. McKendree's Motion to Withdraw (Dkt. # 211) is GRANTED.  John W. McKendree is permitted to withdraw as counsel for Plaintiffs Valerie L. Jones, John I. O'Hagan Ward, Bennett Hodgins, and Park Avenue Dance Works, Inc.  It is

FURTHER ORDERED that the Court will accept the appearance of John K. Pineau as counsel for Plaintiffs Valerie L. Jones, John I. O'Hagan Ward, Bennett Hodgins, and Park Avenue Dance Works, Inc.

DATED: August 18, 2006.

                                                                BY THE COURT:

                                                                *s: Phillip S. Figa*

                                                                _____
                                                                Phillip S. Figa
                                                                United States District Judge